DAYLE ELIESON
United States Attorney
District of Nevada

ASIM H. MODI
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8952
  Facsimile: (415) 744-0134
  E-Mail: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BLANCA M. HERNANDEZ-AGUIRRE,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:18-cv-0006-RFB-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal, due on **August 24, 2018**, by **30 days**, through and including **September 24, 2018** [2017 struck through]. This request is made in good faith with no intention to unduly delay the proceedings.

There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her cross-motion by August 24, 2018. In particular, counsel for Defendant is

-1-

-2-

currently responsible for performing an extensive range of tasks, such as: drafting briefs and summary judgment motions (including five due in the next three weeks) in Social Security cases before the district courts within the Ninth Circuit, negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; drafting a post-hearing brief for an arbitration proceeding involving the agency and one of the agency's collective bargaining units; assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST); and preparing training materials and conducting presentations for the agency's Office of Hearing Operations.  Counsel for Defendant has also been out of the office for significant portions of the last two weeks for these presentations to the agency's hearing offices.

      Counsel for Defendant conferred with Plaintiff's counsel, Joshua Harris by email on August 21, 2018, who has no opposition to this motion.

      Respectfully submitted this 21st day of August 2018.

DAYLE ELIESON
United States Attorney

*/s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/22/2018